IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

JAN 3 0 2001

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| BEULAH PLAIN, an individual, as Personal Representative of the Estate of DONALD JACK PLAIN, deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| -vs- ) ) | NO. CIV 00-770-A |
| MURPHY FAMILY FARMS, a North Carolina corporation ) ) ) ) | |
| Defendant, ) | **DOCKETED** |

### ORDER

Now on this ___ day of January, 2001, plaintiff's Motion to Reconsider comes on for hearing and the court being fully advised in the premises finds the natural children of decedent be granted leave to intervene.

IT IS SO ORDERED.

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT



**DENIED**
WAYNE E. ALLEY
U.S. DISTRICT JUDGE
1/30/01